

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

ZACHARY W. CARTER
*Corporation Counsel*

ALISON G. MOE
Assistant Corporation Counsel
Phone: (212) 356-3549
Fax: (212) 788-9776
amoe@law.nyc.gov

March 3, 2014

**BY ECF**
The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Dwayne Alston v. City of New York, et al.</u>, 11 Civ. 2038 (RRM) (CLP)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter. Defendants write to notify the Court that the parties have reached a settlement in principal. Defendants have provided Plaintiff with a written settlement stipulation in consummation of the parties' agreement. As soon as Plaintiff provides the executed stipulations to defense counsel, Defendants will promptly submit them to the Court. Defendants thank the Court in advance for its consideration of this matter.

            Respectfully submitted,

            /s/

            Alison G. Moe
            Assistant Corporation Counsel

CC: **BY ECF**
   Brian J. O'Connor, Esq.